**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan ELISEA–GONZALEZ,**
**Defendant–Appellant.**

**No. 14–10459.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 14, 2015.*

Filed Oct. 19, 2015.

Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Kathleen Genevieve Williamson, Esquire, Tucson, AZ, for Defendant–Appellant.

Juan Elisea–Gonzalez, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

648

Before: SILVERMAN, BYBEE, and WATFORD, Circuit Judges.

## MEMORANDUM **

Juan Elisea–Gonzalez appeals from the district court's judgment and challenges the 68–month sentence imposed on remand for resentencing. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Elisea–Gonzalez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Elisea–Gonzalez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

